# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:11CV110 |
| ) | |
| v. ) | ORDER FOR EXTENSION |
| ) | OF TIME TO SERVE SUMMONS |
| ) | AND COMPLAINT |
| ROGER W. LONG; ) | |
| CYNTHIA A. SMITH f/k/a ) | |
| CYNTHIA A. LONG; BURT AND ) | |
| WASHINGTON COUNTY COMMUNITY ) | |
| HOUSING DEVELOPMENT ) | |
| ORGANIZATION, Beneficiary; ) | |
| RALPH M. ANDERSON, ) | |
| ATTORNEY AT LAW, Trustee; LAKE ) | |
| ARROWHEAD, INC.; and ) | |
| LAKELAND ESTATES WATER CO., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Plaintiff's Motion for Extension of Time to Serve Summons and Complaint (Filing No. 10). Upon good cause shown, the motion is granted to allow the plaintiff until **August 16, 2011**, to complete service by publication upon the defendant Roger W. Long.

**IT IS SO ORDERED.**

DATED this 27th day of May, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge