# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:11CV110** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ROGER W. LONG, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendant's Suggestion of Bankruptcy (Filing No. 38). The defendant Roger W. Long filed Chapter 11 bankruptcy filing on December 11, 2012. The filing was made in the District of Nebraska and is designated Case No. 12-82773. Upon consideration,

**IT IS ORDERED:**

1.       Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2.       This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3.       The Clerk of the Court for the District of Nebraska shall furnish the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 17th day of December, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge