IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| ROGER W. LONG, | ) | |
| | ) | CASE NO. BK12-82773-TLS |
| Debtor(s). | ) | |
| UNITED STATES OF AMERICA, | ) | A12-8083-TLS |
| | ) | |
| Plaintiff, | ) | 8:11CV110 |
| | ) | |
| vs. | ) | CHAPTER 13 |
| | ) | |
| ROGER W. LONG; CYNTHIA A. SMITH; | ) | |
| BURT & WASHINGTON COUNTY | ) | |
| COMMUNITY HOUSING DEVELOPMENT | ) | |
| ORGANIZATION; RALPH M. | ) | |
| ANDERSON; LAKE ARROWHEAD, INC.; | ) | |
| and LAKELAND ESTATES WATER CO., | ) | |
| | ) | |
| Defendants. | ) | |

REPORT & RECOMMENDATION

This matter is before the court on the status report filed by the United States of America acting through the Rural Housing Service of the United States Department of Agriculture (Fil. No. 5).

This lawsuit was filed by the government to foreclose on a mortgage securing a loan made by the Rural Housing Service. A judgment, decree of foreclosure, and order of sale were entered on October 6, 2011. The property was sold and the sale was confirmed on February 22, 2012. On December 11, 2012, Roger Long, one of the defendants, filed a Chapter 13 bankruptcy petition, and the civil lawsuit was subsequently referred to this court. The foreclosure case was fully adjudicated prior to the filing of the bankruptcy case, so there appears to be no reason for the case to remain before this court. Therefore, I respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this case and close the file.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED: January 24, 2013

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Notice given by the Court to:
    Erin M. McCartney
    Office of General Counsel USDA-Rural Development
    *Laurie M. Barrett
    U.S. Trustee

Movant (*) is responsible for giving notice to other parties if required by rule or statute.