IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER W. LONG, CYNTHIA A. SMITH, BURT AND WASHINGTON COUNTY COMMUNITY HOUSING DEVELOPMENT ORGANIZATION, Beneficiary; RALPH M. ANDERSON, Attorney at Law, Trustee; LAKE ARROWHEAD, INC., LAKELAND ESTATES WATER CO.,<br><br>Defendants. | 8:11CV110<br><br>ORDER |

This matter is before the court on the Findings and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 40. There are no objections to the Report and Recommendation pursuant to NELR 76.1(b)(2).

The court finds that pursuant to 28 U.S.C. § 157(d) and NELR 76.1(b) and for good cause shown that the Findings and Recommendation should be adopted in its entirety.

IT IS ORDERED:

1. The Findings and Recommendation of U.S. Bankruptcy Court Judge, Thomas L. Saladino, Filing No. 40, is adopted in its entirety;
2. The referral of this case to Bankruptcy Court for the District of Nebraska is withdrawn; and
3. This case is referred to Magistrate Judge Thomas Thalken for further progression of the matter.

Dated this 5th day of April, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge